

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2007 JUN -7 AM 9: 47

CLERK OF COURT

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARK EMANUEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:06-CV-530-A |
| | § | |
| LOCKHEED MARTIN CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Mark Emanuel hereby dismisses this action with prejudice, with each party to bear his or its own costs of court and attorneys' fees. Lockheed Martin Corporation stipulates to this dismissal with prejudice by the signature of its attorney of record below.

Dated: June 6, 2007.

Respectfully submitted,

_____
Mark McAdoo
WY SBN: 6-3487
Old Town Office Plaza
1307-B West Abram, Suite 100A
Arlington, TX 76013
817-461-1278 (phone)
206-339-3706 (fax)

ATTORNEY FOR PLAINTIFF

AND

_____
Anthony J. Campiti
   State Bar No. 00798092
Micah R. Prude
   State Bar No. 24051216

THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

ATTORNEYS FOR DEFENDANT

STIPULATION OF DISMISSAL WITH PREJUDICE - Page 2